# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**MIGUEL ANGEL RIVERA GARCIA**<br>aka MIGUEL A RIVERA GARCIA<br>**DIANA MARTINEZ RODRIGUEZ**<br><br>xxx–xx–6059<br>xxx–xx–3334<br><br>Debtor(s) | Case No. **12–00263 MCF**<br><br>Chapter **13**<br><br>**FILED & ENTERED ON 10/8/15** |

### *ORDER*

The motion filed by DEBTORS' requesting extension of time of TWENTY–ONE (21) days to cure the arrears on the plan (docket #96) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Thursday, October 8, 2015 .

Mildred Caban Flores
United States Bankruptcy Judge