# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

In re:

MIGUEL ANGEL RIVERA GARCIA
DIANA MARTINEZ RODRIGUEZ
Debtor(s)

Case No. 12-00263-MCF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/19/2012.

2) The plan was confirmed on 04/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/28/2013, 10/24/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/31/2015, 03/23/2016.

5) The case was dismissed on 06/16/2016.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $50,543.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,635.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**      $15,635.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,581.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,081.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      $4,662.19

Attorney fees paid and disclosed by debtor:     $119.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | NA | 0.00 | 386.52 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | NA | NA | 590.33 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | NA | NA | 455.50 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 1,356.39 | NA | 8,577.43 | 0.00 | 0.00 |
| EASTERN AMERICA INSURANCE CO | Priority | 0.00 | NA | NA | 810.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 638.00 | 0.00 | 638.48 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 554.00 | 0.00 | 607.27 | 0.00 | 0.00 |
| ORIENTAL BANK AND TRUST | Secured | 12,398.00 | 0.00 | 11,036.83 | 5,958.59 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 0.00 | 451.87 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 0.00 | 125.49 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 0.00 | 655.13 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| USDA RURAL HOUSING SERVICE | Secured | NA | NA | 48,419.11 | 0.00 | 0.00 |
| USDA RURAL HOUSING SERVICE | Secured | 2,035.00 | NA | 9,521.17 | 4,204.22 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,521.17 | $4,204.22 | $0.00 |
| Debt Secured by Vehicle | $11,036.83 | $5,958.59 | $0.00 |
| All Other Secured | $48,419.11 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$68,977.11** | **$10,162.81** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $590.33 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$590.33** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,317.69** | **$810.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,662.19 |
| Disbursements to Creditors | $10,972.81 |
| **TOTAL DISBURSEMENTS:** | **$15,635.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/06/2016      By: /s/ ALEJANDRO OLIVERAS RIVERA
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

Case:12-00263-MCF13   Doc#:113   Filed:07/06/16   Entered:07/06/16 11:55:44   Desc:
Page 4 of 5

12-00263-MCF                                           CERTIFICATE OF MAILING
-------------------------------------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

MIGUEL ANGEL RIVERA GARCIA
URB DIAMARIS
330 CALLE CRISANTEMOS
JUNCOS, PR  00777

DIANA MARTINEZ RODRIGUEZ
URB DIAMARIS
330 CALLE CRISANTEMOS
JUNCOS, PR  00777

ORIENTAL BANK AND TRUST
PO BOX 364745
SAN JUAN, PR  00936-4745

AT T
5407 ANDREWS HWY
MIDLAND, TX  79706-2851

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILE/T MOBILE USA INC
PO BOX 248848
OKLAHOMA, OK  73124-8848

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

COMMOLOCO INC
PO BOX 71325
SAN JUAN, PR  00936-8425

MARISOL GIERBOLINI RODRIGUEZ
3071 AVE ALEJANDRINO PMB 236
GUAYNABO, PR  00969-4800

PUERTO RICO TELEPHONE
PO BOX 360998
SAN JUAN, PR  00936-0998

RURAL DEVELOPMENT
PO BOX 366106
SAN JUAN, PR  00936-6106

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

**UST Form 101-13-FR-S (09/01/2009)**

SPRINGLEAF FINANCIAL
PO BOX 3251
EVANSVILLE, IN  47731-3251

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR  00902-3862

ORIENTAL BANK AND TRUST
C/O ENRIQUE NASSAR RIZEK
PO BOX 191017
SAN JUAN, PR  00919-1017

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 790190
ST LOUIS, MO  63179-0190

USDA RURAL HOUSING SERVICES
CENTRALIZED SERVICING CENTER USDA
PO BOX 66879
ST LOUIS, MO  63166-6879

QUANTUM3 GROUP LLC
AS AGENT FOR CAPIO PARTNERS LLC
PO BOX 788
KIRKLAND, WA  98083-0788

USDA RURAL DEVELOPMENT
C/O FORTUNO AND FORTUNO FAS
PO BOX 9300
SAN JUAN, PR  00908

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX  77210-4457

ORIENTAL BANK CENTRALIZED
COLLECTIONS UNIT
BANKRUPTCY DIVISION
JAIME RUIZ SALDANA ESQ
PO BOX 364745
SAN JUAN, PR  00936-4745

DATED:  July 06, 2016

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**